IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 10-41974 |
| | ) | (Chapter 7) |
| | ) | |
| TIERONE CORPORATION | ) | **APPEARANCE &** |
| | ) | **REQUEST FOR NOTICE** |
| Debtors. | ) | |

  Victor E. Covalt III and Ballew Covalt, PC LLO hereby enter their appearance as attorneys of record for and on behalf of the following creditor:

<u>Delmar Williams</u>
<u>8041 Nob Hill Road</u>
<u>Lincoln, NE 68516</u>

Pursuant to Bankr. Rule 2002(g) and Neb. R. Bankr. P. Rule 2002-1 E request is hereby made that notice of all matters herein be given to the undersigned at the address set forth below. :


       Delmar Williams, Creditor


    By  /s/ Victor E. Covalt III_____
      Victor E. Covalt III #16539
      Ballew Covalt, PC LLO
      P.O. Box 81229
      Lincoln, NE 68501-1229
      Tel: (402) 436-3030
      Fax: (402) 436-3031
      vcovalt@ballewcovalt.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 19th, 2010 he electronically filed the Appearance and Request for Notice with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following:

- Paul M. Conley    brcy@windstream.net, paul@conleylaw.org
- Patricia Fahey    ustpregion13.om.ecf@usdoj.gov
- Christopher S. Hinton    chinton@rosenlegal.com
- Jerry L. Jensen    Jerry.L.Jensen@usdoj.gov
- Brian S. Kruse    bkruse@remboltludtke.com
- Rick D. Lange    ricklange@earthlink.net, NE10@ecfcbis.com
- Rick D. Lange    rlange@remboltludtke.com
- James Overcash    jovercash@woodsaitken.com, dstangl@woodsaitken.com;jlechner@woodsaitken.com
- Trev Peterson    tpeterson@knudsenlaw.com, jlust@knudsenlaw.com

By   /s/ Victor E. Covalt III
  Victor E. Covalt III #16539