IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:                                )
                                      )         CASE NO. 10-41974
                                      )              (Chapter 7)
TIERONE CORPORATION,                  )
                                      )
       Debtor.                        )

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

William O'Neil hereby enters his appearance as attorney of record for and on behalf of the following creditor in the above-captioned matter:

Joyce Person Pocras
1300 G Street #104w
Lincoln, NE 68509

Pursuant to Bankruptcy Rule 2002(g), a request is hereby made that copies of all pleadings and notices to which the above-captioned creditor is entitled be served upon and mailed to counsel at the address listed below.

Dated: November 1, 2010                    Respectfully submitted,

                                           By: /s/ *William O'Neil*

                                           William C. O'Neil (IL ARDC #6280735)
                                           WINSTON & STRAWN LLP
                                           35 West Wacker Drive
                                           Chicago, Illinois 60601
                                           woneil@winston.com
                                           TELEPHONE:   (312) 558-5600
                                           FACSIMILE:   (312) 558-5700

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2010, I served a copy of the foregoing **Notice of Appearance and Request for Notice** on the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system, which sent notification of the filing to the following:

Joseph H. Badami
Woods & Aitken, LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508
(402) 437-8500
jbadami@woodsaitken.com

James Overcash
Woods & Aitken, LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508
(402) 437-8519
jovercash@woodsaitken.com

Robert J. Bothe
McGrath, North, Mullin & Kratz, PC
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE 68102
(402) 341-3070
rbothe@mnmk.com

Paul M. Conley
Conley Law Office
910 L Street
Lincoln, NE 68508
(402) 476-1111
brcy@windstream.net

Victor E. Covalt, III
Ballew, Covalt PC LLO
P.O. Box 81229
Lincoln, NE 68501
(402) 436-3030
vcovalt@ballewcovalt.com

William B. Federman
Federman, Sherwood Law Firm
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com

Patrick B. Griffin
Kutak Rock LLP
The Omaha Bldg.
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
patrick.griffin@kutakrock.com

Jerry L. Jensen
US Trustee's Office
111 South 18th Plaza
Suite 1148
Omaha, NE 68102
(402) 221-4300
jerry.l.jensen@usdoj.gov

Brian J. Koenig
Koley Jessen, PC LLO
1125 S. 103rd St., Suite 800
Omaha, NE 68124
(402) 343-3883
brian.koenig@koleyjessen.com

Brian S. Kruse
Rembolt Ludtke LLP
1201 Lincoln Mall, Suite 102
Lincoln, NE 68508
(402) 475-5100
bkruse@remboltludtke.com

Rick D. Lange  
Rembolt Ludtke LLP  
1201 Lincoln Mall, Suite 102  
Lincoln, NE 68508  
(402) 475-5100  
rlange@remboltludtke.com  

Benjamin E. Moore  
Rembolt Ludtke LLP  
1201 Lincoln Mall, Suite 102  
Lincoln, NE 68508  
(402) 475-5100  
bmoore@remboltludtke.com  

Trev Peterson  
Knudsen Berkheimer Richardson Endacott  
3800 VerMass Place, Suite 200  
Lincoln, NE 68502  
(402) 475-7011  
tpeterson@knudsenlaw.com  

Dated:  November 1, 2010

Respectfully submitted,

By:   */s/  William O'Neil*

William C. O'Neil (IL ARDC #6280735)  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, Illinois 60601  
woneil@winston.com  
TELEPHONE:    (312) 558-5600  
FACSIMILE:    (312) 558-5700